BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0942. State ex rel. Craig v. Kraft.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Motions to consolidate, to request a settlement conference, for appointment of counsel, and for relief from judgment denied as moot. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0968. Richard v. Shewalter.**

In Habeas Corpus. On petition for writ of habeas corpus of Donald L. Richard. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0970. Price v. Shewalter.**

In Habeas Corpus. On petition for writ of habeas corpus of Oliver Price. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0975. Hammer v. Shewalter.**

In Habeas Corpus. On petition for writ of habeas corpus of Normajean Hammer. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-1016. Thomas v. Miller.**

In Habeas Corpus. On petition for writ of habeas corpus of Barry Lynn Thomas. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-1024. Henderson v. Saffold.**

In Habeas Corpus. On petition for writ of habeas corpus of Paul S. Henderson. Sua sponte, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2009-2028. State v. Davis.**

Licking App. No. 09-CA-0019, 2009-Ohio-5175. On motion for admission pro hac vice of Sharon Katz by Ruth L. Tkacz. Motion granted.

**2010-0137. State v. Banks.**

Franklin App. No. 09AP-224, 2009-Ohio-5582. On motion to reopen appeal pursuant to App.R. 26(B). Motion denied.

**2010-0525. State ex rel. Lathan v. Jensen.**

In Mandamus. On motion to compel answer. Motion denied.

LANZINGER, J., not participating.

**2010-0596. Henderson v. Shaffer.**

In Habeas Corpus. On motion for judgment and action for declaratory judgment. Motion and action denied.

**2010-0643. State ex rel. Ohio Liberty Council v. Brunner.**

In Mandamus and Prohibition. This cause originated upon the filing of a complaint for a writ of mandamus in an expedited election matter. On April 29, 2010, a writ was granted. *State ex rel. Ohio*